UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL J. MANSI

VS.   JURY TRIAL DEMANDED

LAW OFFICE OF HOWARD LEE SCHIFF,   CASE NO.
PORTFOLIO RECOVERY ASSOCIATES, LLC
and CITIBANK   APRIL 15, 2015

COMPLAINT

I. INTRODUCTION

1. This is a suit brought under the Fair Debt Collection Practices Act, 15 U.S.C. seq. 1692 et seq. (hereinafter "FDCPA"), pendant State law claims for violations of the Creditor Collections Practice Act, CGS 36a-648 (hereinafter "CCPA") and Connecticut Unfair Trade Practices Act, CGS 42-110a et seq., (hereinafter "CUTPA"). Defendants have attempted to seek payment of a debt not owed.

II. JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. sec. 1692k(d) and 28 U.S.C. sec. 1337. Venue in this District is proper in that the defendants transact business here and the conduct complained of occurred here.

III. PARTIES

3.   The Plaintiff, MICHAEL J. MANSI (hereinafter referred to as "Plaintiff") is and at all times mentioned in this complaint was a resident of North Branford, Connecticut.

4.   The Defendant, HOWARD LEE SCHIFF, P.C. (hereinafter referred to as

"Schiff") is and at all times mentioned in this complaint was a Connecticut law firm with an address of 510 Tolland Street, East Hartford, Connecticut. The firm regularly attempts to collect debts alleged to be due another.

5. The Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC (hereinafter referred to as "Portfolio Recovery") is and at all times mentioned in this complaint was a Limited Liability Company with an address of 120 Corporate Blvd., Northfolk, Va. The company regularly purchase debts and attempts to collect upon them.

## IV FACTUAL ALLEGATIONS

6. From January 17, 2014 through February 10, 2014 Plaintiff received a total of 17 debt collection calls from Portfolio Recovery requesting payment of a credit card debt.

7. On or about March 15, 2013 the alleged Credit Card debt was assigned to Portfolio Recovery from Citibank, the original creditor.

8. From July 15, 2014 through November 29, 2014, Plaintiff received a total of six debt collection phone call messages from Schiff requesting payment of the purported debt purchased by Portfolio Recovery.

9. On or about November 17, 2014, Plaintiff received a correspondence in the mail from Schiff with a Small Claims Writ and Notice of Suit, demanding payment of $2,790.42.

10. Plaintiff never obtained any credit card through Citibank and did not owe the purported debt.

11. Upon good faith information and belief, Plaintiff's son, Michael A. Mansi

who resides in North Haven owed a $2,790.00 debt to Citibank for a credit card which had been assigned to Portfolio Recovery.

12. The alleged credit card debt which Defendants sought to collect was for personal, family or household purposes.

13. As a result of the actions described above Plaintiff has suffered damage to his credit, embarrassment and inconvenience.

FIRST COUNT (VIOLATION OF THE FDCPA) (AS TO SCHIFF)

14. Paragraphs 1-13 are herein incorporated.

15. Schiff violated the FDCPA USC sec. 1692e(2)(A) by making false statements regarding the "character, amount, or legal status of the debt" in one or more of the following ways:

    A) Schiff falsely represented the character or status of the debt by seeking payment from a non-debtor.

    B) Schiff unlawfully harassed plaintiff in an attempt to induce Plaintiff's son to pay a purported debt.

    C) Schiff provided correspondences which falsely represented that a Small Claims lawsuit was being filed in court when they knew or should have known that no legal process would be pursued.

    D) Schiff falsely stated in correspondences to Plaintiff that periodic account statements were delivered to and held by Plaintiff.

15. Schiff failed to provide Plaintiff with a written validation notice within five days after the initial communication in violation of U.S.C. sec. 1692g of the FDCPA.

16. Schiff is liable to Plaintiff for statutory damages not to exceed $1,000

pursuant to 15 U.S.C. sec. 1692k and costs and reasonable attorneys fees pursuant to 15 U.S.C. sec. 1692K.

SECOND COUNT (VIOLATION OF CCPA) (AS TO PORTFOLIO RECOVERY)

17.     Paragraphs 1-13 are herein incorporated

18.     Portfolio Recovery violated the CCPA  CGS 36a-648 by making "abusive, harassing, fraudulent, deceptive or misleading representation, device or practice to collect or attempt to collect a debt" in one or more of the following ways:

A) Portfolio Recovery represented the character or status of the debt by seeking payment from a non-debtor.

B) Schiff unlawfully harassed plaintiff in an attempt to induce Plaintiff's son to pay a purported debt.

C) Portfolio Recovery provided correspondences which falsely represented that a Small Claims lawsuit would be filed when they knew or should have known that no legal process would be pursued.

19.  Portfolio Recovery is liable to Plaintiff for statutory damages not to exceed $1,000 pursuant to CGS 36a-648 and costs and reasonable attorneys fees.

THIRD COUNT (VIOLATION OF CUTPA) (AS TO ALL DEFENDANTS)

20.     Paragraphs 1-13 are herein incorporated.

21.     Defendants have engaged in unfair acts and practices in trade or commerce in violation of Conn. Gen. Stat, sec. 42-110a et seq., CUTPA including, but not limited to violating the FDCPA and CCPA.

22.     Plaintiff has suffered an ascertainable loss on account of Defendants violations of CUTPA.

WHEREFORE, it is respectfully prayed that this court:

    A.    Award Plaintiff statutory damages of $1,000 pursuant to 15 U.S.C. sec. 1692K of the FDCPA on the first count .

    B.    Award Plaintiff reasonable attorneys fees and costs pursuant to 15 U.S.C. sec. 1692K of the FDCPA on the first count.

    C.    Award Plaintiff statutory damages of $1,000 pursuant to CGS 36a-648 on the second count

    D.    Award Plaintiff reasonable attorneys fees and costs pursuant to CGS 36a-648 on the second count.

    E.    Award Plaintiff Punitive Damages, attorneys fees and costs pursuant to 42-110g on the third count.

THE PLAINTIFF
MICHAEL J. MANSI

_____S/Peter Lachmann_____
PETER A. LACHMANN
HIS ATTORNEY
250 WEST MAIN STREET
BRANFORD, CT 06405
Ph(203) 488-6793
Fax(203) 488-6814
Email: Peter.lachmann@sbcglobal.net
Fed Bar # CT23757