UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL MANSI                                                    CIVIL ACTION NO. 3:15 CV 00558 (WWE)
       Plaintiff

v.

LAW OFFICES HOWARD LEE SCHIFF,
P.C., PORTFOLIO REOVERY ASSOCIATES, LLC
       Defendants                                          JUNE 15, 2015

## ANSWER TO COMPLAINT

Defendants, LAW OFFICES HOWARD LEE SCHIFF P.C. and PORTFOLIO RECOVERY ASSOCIATES, LLC, hereby answer the Amended Complaint of the plaintiff dated April 21, 2015 and assert Affirmative Defenses as follows:

1. With respect to paragraphs 1, 2, 3 and 12, defendants neither admit nor deny these allegations, but leave plaintiff to its proof.

2. Defendants admit the allegations contained in paragraphs 4, 5 and 7.

3. With respect to paragraphs 6, 8, 9, 10, 11 and 13, defendants deny these allegations.

## FIRST COUNT

1. Defendant incorporates the responses to paragraphs 1-13 above as responses to paragraphs 1-13 of the First Count.

2. Defendant denies the allegations contained in paragraphs 14 and 15.

## SECOND COUNT

1. Defendant incorporates the responses to paragraphs 1-13 above as responses to paragraphs 1-13 of the Second Count.

2. Defendant denies the allegations contained in paragraphs 18 and 19.

### THIRD COUNT

1. Defendant incorporates the responses to paragraphs 1-13 above as responses to paragraphs 1-13 of the Third Count.

2. Defendant denies the allegations contained in paragraphs 21 and 22 of the Third Count.

### AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE**

At all times, defendant fully complied with the provisions of the Fair Debt Collection Practices Act,

**SECOND AFFIRMATIVE DEFENSE**

At all times herein, defendants were informed that the account was held in the name of the plaintiff, MICHAEL J. MANSI, and not in the name, MICHAEL A. MANSI, due to the actions or conduct of the plaintiff or with his knowledge and consent.  Therefore, plaintiff intentional caused the confusion as to whose account this belonged to, himself or his son, by his own actions, and therefore, plaintiff is equitably estopped from seeking any relief against defendants herein.

**THIRD AFFIRMATIVE DEFENSE**

At all relevant times, plaintiff consented to the use of his name and address by his son,

MICHAEL A. MANSI, to enable his son to obtain credit from Citibank, N.A., and without disclosing that the account actually was that of MICHAEL A. MANSI, and not MICHAEL J. MANSI.  Based upon these actions, plaintiff is equitably estopped from seeking any relief against defendants herein.

**FOURTH AFFIRMATIVE DEFENSE**

Defendants are not liable for the fraudulent acts of plaintiff's son, MICHAEL A. MANSI, by using his father's name and identify to obtain a credit account from Citibank N.A.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant, LAW OFFICES HOWARD LEE SCHIFF P.C., at all times herein acted as counsel to defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, and was provided with account information relative to the account by its client.  LAW OFFICES HOWARD LEE SCHIFF P.C. is entitled to rely upon the information provided to it by its client in good faith, and therefore, it is not responsible for account information which may not have been accurate.

**SIXTH AFFIRMATIVE DEFENSE**

Any alleged violation was the result of a bona fide error, and liability may not be imposed on the defendant pursuant to 15 U.S.C. §1692k(c) in that defendant maintains procedures and practices to ensure compliance with the Fair Debt Collection Practices Act; any violation of the Act was unintentional and occurred notwithstanding the maintenance of such

procedures.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendants deny that Plaintiff is entitled to any recovery.  However, to the extent the Court finds that Plaintiff is entitled to any recovery, Portfolio Recovery Associates, LLC is entitled to setoff such recovery against the unpaid account balance Plaintiff owes to Defendant.

**EIGTH AFFIRMATIVE DEFENSE**

To the extent Plaintiff has suffered actual damages, such damages are the direct and proximate result of a superseding or intervening cause unrelated to Defendants.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's alleged injuries were caused, in whole or in part, by his own conduct, actions, omissions, delay, or failure to act.

**TENTH AFFIRMATIVE DEFENSE**

Defendants' investigation into the facts and defenses in this matter are ongoing, and Defendants reserve the right to add additional affirmative defenses and/or amend or supplement their affirmative defenses after further investigation and discovery.

DEFENDANTS, LAW OFFICES HOWARD LEE SCHIFF PC
and PORTFOLIO RECOVERY ASSOCIATES LLC

/S/ *Jeanine M. Dumont*
Jeanine M. Dumont   ct 05021
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108
jdumont@hlschiffpc.com
Telephone (860) 528 9991
Fax (860) 528 7602

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, this 15TH day of JUNE 2015 to the following counsel of record:

**COUNSEL FOR PLAINTIFF**
PETER A. LACHMANN
250 WEST MAIN ST. ROOM 210
BRANFORD, CT.  06405
Peter.Lachmann@sbcglobal.net

/S/ *Jeanine M. Dumont*
Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**