UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL MANSI | CIVIL ACTION NO. 3:15 CV 00558 (WWE) |
| Plaintiff | |
| v. | |
| LAW OFFICES HOWARD LEE SCHIFF, P.C., PORTFOLIO RECOVERY ASSOCIATES, LLC | |
| Defendants | JULY 10, 2015 |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**

Defendant hereby submits the following Opposition to the Plaintiff's Motion to Strike Affirmative Defenses dated June 23, 2015:

**INTRODUCTION**

This is an action in which the plaintiff alleges that defendants violated the Fair Debt Collection Practices Act ["FDCPA"], the Conn. Gen. Stat. 36a-648 and the Connecticut Unfair Trade Practices Act ["CUTPA"].  The basis for these allegations is that the plaintiff, **Michael J. Mansi,** received telephone calls and correspondence from Law Offices Howard Lee Schiff P.C., claiming that he owed CitiBank, N.A. for a credit card debt in the sum of $2,790.00.  *See Amended Complaint at Count One ¶ 15*.  Plaintiff claims that he never had the credit account with CitiBank, and that he was wrongfully contacted by defendants.  Plaintiff also alleges that he never received a validation notice required by 15 U.S.C. §1692g.  Plaintiff seeks to recover statutory damages and attorney's fees for these alleged violations.

It appears that the account was opened in November 2005, and that the name and address provided for the account was that of **Michael J. Mansi**, 11 Bittersweet Drive, North Branford, Ct. CitiBank sent its account statements to Mr. Mansi at this address for seven (7) years without any notice